UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAYNA R. PREVOST,

    Plaintiff,

v.                                  CASE NO. 8:14-CV-1411-T-23TBM

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendant, STATE OF FLORIDA, DEPARTMENT OF CHILDREN AND FAMILIES (herein "DCF"), by and through it's undersigned counsel, hereby file it's Notice of Removal and states as follows:

1. On or about May 14, 2014, the above-captioned action was commenced against the Defendant alleging violations under the American with Disabilities Act ("ADA") of 1990 and the Florida Civil Rights Act.

2. Defendant was served with the Complaint on May 19, 2014. The action is now pending in the Circuit Court of the 12th Judicial Circuit in and for Sarasota County, Florida. Attached hereto as composite "Exhibit A" and by reference made a part hereof are copies of all filings contained in this cause pending before the Circuit Court of the 12th Judicial Circuit in and for Sarasota County, Florida. Since the Defendant was served with process, it has filed a Motion to Dismiss in the State Court action.

3. The Complaint is a civil action for damages which alleges claims under federal law. Specifically, Counts I and II of the Complaint seek to invoke this Court's

TPA 24007

jurisdiction under The Americans with Disabilities Act. Paragraph 1 of the Complaint expressly identifies Plaintiff's claims as arising under the ADA. (Compl. Ex. A).

4. Plaintiff alleges that her civil rights were violated by the Defendant in connection with her employment with DCF and her ultimate termination from employment.

5. This Court has jurisdiction of the above entitled action pursuant to 28 U.S.C. §1331, and the action may, therefore, be removed to this Court pursuant to 28 U.S.C. §1441.

6. This notice is filed with this Court within thirty (30) days of the date from which it could be first ascertained that the case is one which is or has become removable.

7. The United States District Court for the Middle District of Florida, Tampa Division, encompasses the location of the State Court in which this action was originally filed.

8. Review of the State Court docket indicates that no other parties have been served with the Complaint other than these Defendants.

9. The undersigned counsel signs this notice pursuant to Rule 11 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court on this 12th day of June, 2014. using the E-Filing Portal System which will send a notice of electronic filing to the following:

Joseph M. Herbert, Esq.
Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A.
2033 Main Street
Suite 600
Sarasota, Florida 34237
jherbert@icardmerrill.com

        HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
        Attorneys for DCF
        1715 Monroe Street
        Post Office Box 280
        Fort Myers, FL 33902
        Telephone: (239) 344-1377
        Facsimile: (239) 344-1542

        By: /s/ William O. Kratochvil
            WILLIAM O. KRATOCHVIL
            FL BAR NO.: 343640
            Email: William.Kratochvil@henlaw.com
                    Yaselin.Gonzalez@henlaw.com