UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAYNA R. PREVOST,

      Plaintiff,

v.                                         Case No:   2:14-cv-353-FtM-38DNF

DEPARTMENT OF CHILDREN AND
FAMILIES,

      Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Defendant Department of Children and Families' Motion to Dismiss (Doc. 13) filed on June 27, 2014. This motion to dismiss was brought pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff Dayna R. Prevost filed a response on July 11, 2014. (Doc. 16). In the response, Provost indicated she would file an amended complaint within the Rule 15(a)(1) timeframe. Fed. R. Civ. P. 15(a)(1)("A party may amend its pleading once as a matter of course . . . 21 days after service of a motion under Rule 12(b)"). Thereafter, Prevost filed an amended complaint pursuant to Rule 15(a)(1). (See Doc. 17). Consequently, the motion to dismiss is now moot. See generally Deering v. Federal Aviation Admin., No. 8:12-CV-2163-T-17AEP, 2013 WL 3864349, at *3 (M.D. Fla. July 24, 2013) (mentioning that when a plaintiff filed

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

an amended complaint pursuant to Rule 15(a)(1)(B) rather than a response to a motion to dismiss, the court denied the underlying motion to dismiss as moot).

Accordingly, it is now

**ORDERED:**

Motion to Dismiss (Doc. 13) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of July, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record