UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAYNA R. PREVOST,

    Plaintiff,

v.                                     Case No:   2:14-cv-353-FtM-38DNF

DEPARTMENT OF CHILDREN AND FAMILIES,

    Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on review of the docket. Recently, the parties engaged in dispositive motion practice. Pursuant to the Court's Standing Order, "[a] party who electronically files a document exceeding twenty-five (25) pages (including exhibits) in length must provide a courtesy copy of the document (including exhibits) in paper format to the assigned judge's chambers." (Doc. #11). Here, the documents are hundreds of pages. The Parties shall provide courtesy copies of the motions for summary judgments, responses to motions for summary judgments, and accompanying exhibits no later than **June 30, 2015**. (See Doc. #29; Doc. #37).

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of June, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.